[This opinion has been published in *Ohio Official Reports* at 79 Ohio St.3d 1214.]

**ENYART ET AL., APPELLEES, *v*. COLUMBUS METROPOLITAN AREA COMMUNITY ACTION ORGANIZATION, D.B.A. CMACAO, ET AL., APPELLANTS.**

**[Cite as *Enyart v. Columbus Metro. Area Community Action Org.*, 1997-Ohio-149.]**

*Appeals dismissed as improvidently allowed.*

(Nos. 96-1054 and 96-2235—Submitted June 11, 1997—Decided July 30, 1997.)

APPEALS from the Court of Appeals for Franklin County, Nos. 95APE08-1033 and 96APE01-42.

_____

*Brenda B. Alleman*, for appellees.

*Otto Beatty, Jr.*, for appellants.

_____

**{¶ 1}** The appeals are dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.

_____